MOUNT MORRIS BANK, Plaintiff, *v.* ELMORE S. BANKS, as Committee of the Property of JULIA M. CURTISS, an Incompetent Person, Respondent, and JULIA C. LAWRENCE, Appellant, Impleaded with Others.

*Mount Morris Bank v. Banks,* 148 App. Div. —, appeal dismissed. (Argued February 13, 1912; decided February 27, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 12, 1912, which affirmed an order of Special Term striking out the notice of appearance of attorneys in behalf of appellant herein and the answer interposed in her behalf by said attorneys in the above-entitled

action to ascertain title to certain moneys on deposit with plaintiff.

*L. Laflin Kellogg, Alfred C. Petté* and *William K. Hartpence* for appellant.

*Henry F. Miller* for respondent.

Appeal dismissed, without costs, and stay of proceedings vacated; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.